# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:21-CV-00166-KDB-DSC

| | | |
|---|---|---|
| **DONALD MANN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **POWER HOME SOLAR LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Andrew J. Adams and Anthony Panebianco]" (documents ##5 and 6) filed January 21, 2022. For the reasons set forth therein, the Motions will be <u>granted.</u>

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: January 24, 2022

David S. Cayer
United States Magistrate Judge